AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*November 29, 2021*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Abiel Geronimo FERNANDEZ<br>YOB: 2002<br>United States<br><br>*Defendant(s)* | Case No. 7:21-mj-2493-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 29, 2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Knowingly and Intentionally Import a Controlled Substance from the United Mexican States into the United States: to approximately 59.06 Kilograms of Methamphetamine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Eliza Carmen Rodriguez

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

11/29/2021 at 8:52 AM

Date:

City and state: McAllen, Texas

/s/ Jesus C. Sanchez
*Complainant's signature*

Jesus C. Sanchez, HSI Special Agent
*Printed name and title*

*Judge's signature*

J. Scott Hacker, U.S. Magistrate
*Printed name and title*

Attachment "A"

Before the United States Magistrate Judge, Southern District of Texas, I, Jesus C. Sanchez, Special Agent of the United States Immigration and Customs Enforcement, Homeland Security Investigations, being duly sworn, depose and say the following:

On November 28, 2021, HSI Falcon Dam Special (SA) Agent Jesus C Sanchez received information from Rio Grande City, Texas Port of Entry Customs and Border Protection (CBP) Officers that Abiel Geronimo FERNANDEZ attempted to smuggle into the United States 24 bricks containing 59.04 kg of methamphetamine concealed within the tires and wheels of a 2000 gold Chevy Silverado pickup truck.

CBP Officers stated that FERNANDEZ made a negative declaration for narcotics, currency, or prohibited items at the primary inspection lane. CBP Officers noticed that FERNANDEZ had a derogatory remark on the CBP Database for possible narcotics smuggling. Subject was then referred for secondary inspection. Anomalies were located within the pick-up's tires after the vehicle was x-rayed. A CBP K-9 also alerted at the wheels of the vehicle during secondary inspection.
SA J Sanchez responded to the Rio Grande City, Texas Port of Entry.

After FERNANDEZ was read his Miranda rights in the Spanish language, FERNANDEZ stated he understood his rights and was willing to answer questions without an attorney present. FERNANDEZ signed the Notice of Rights form waiving his rights to have a have an attorney present during questioning.

During the interview, FERNANDEZ made the following statements (paraphrased):

1. A man who resided in Mexico named Jose Angel Flores had previously offered him a job as a driver to cross narcotics into the United States using vehicles with hidden compartments.
2. On November 27, 2021, FERNANDEZ called Jose Angel Flores and asked him he still needed a driver to cross drugs into the U.S. FERNANDEZ stated to SA Sanchez that he needed money.
3. FERNANDEZ stated he met with Jose Angel Flores in Miguel Aleman, Tamaulipas Mexico to discuss the narcotics smuggling. FERNANDEZ stated Flores told him he would be smuggling three (3) kilograms of cocaine

    concealed in a hidden compartment of a vehicle and would be paid $3,000 USD after he delivered the vehicle to an unknown subject at an unknown location. FERNANDEZ agreed to smuggle the narcotics into the U.S.
4. FERNANDEZ stated that on afternoon of November 28, 2021, after spending the night at Flores's residence in Camargo, Tamaulipas, Mexico, Flores turned over the pick-up truck over to him and he crossed the bridge into the U.S. FERNANDEZ believed that he was smuggling 3 kg of cocaine into the U.S.

The case was accepted for federal prosecution for 21 USC 846, possession with intent to distribute methamphetamine.